1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

12

13

14

15

16

17

18

BRUCE GLEN,

                    Petitioner,

          v.

THE UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE;
AND FIRST FEDERAL SAVINGS &
LOAN ASSOCIATION,

                    Respondents.

CASE NO.    C05-5413JKA

ORDER GRANTING
PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS*
AND DIRECTING THE CLERK
TO ISSUE SUMMONS

19

20

     Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $250.00 filing fee.

21

22

23

24

     The clerk is directed to issue the summonses submitted by plaintiff to enable **plaintiff to properly serve copies of the PETITION AND SUMMONS on the appropriate parties**.  Plaintiff shall note it is his responsibility to properly serve copies of the petition along with the appropriate summons as required by Rule 4 of the Federal Rules of Civil Procedure.

25

     DATED this 13th day of July, 2005.

26

27

28

                                        */S/ J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge

ORDER
Page - 1