IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE GLENN, | Civil No. CV05-5413 |
| Petitioner, | |
| v. | **ORDER GRANTING UNITED STATES'** |
| UNITED STATES OF AMERICA, and | **MOTION FOR SUMMARY DENIAL OF** |
| FIRST FEDERAL SAVINGS & LOAN | **PETITION TO QUASH AND FOR** |
| ASSOCIATION, | **ENFORCEMENT OF IRS SUMMONS** |
| Respondents. | |

Before the Court is the United States' motion for summary denial of Petitioner Bruce Glenn's petition to quash an Internal Revenue Service ("IRS") summons directed to First Federal Savings & Loan Association ("First Federal") and for enforcement of the summons. Having considered the petition to quash, and the United States' motion in response, the Court finds good cause to grant the relief sought by the motion. Accordingly, it is hereby

**ORDERED**, that the United States' motion for summary denial of Petition Bruce Glenn's petition to quash is GRANTED. The petition to quash is dismissed with prejudice. It is hereby further

**ORDERED**, that the United States motion for enforcement of the summons is GRANTED. First Federal is directed to appear before IRS Revenue Agent Joseph Battaglino with

ORDER GRANTING U.S.' MOTION TO DENY
PET. TO QUASH AND ENFORCE IRS SUMMONS
Case No. CV05-5413                           - 1 -

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-6061

1  any and all responsive documents requested in the summons within ten (10) days of the date of this
2  Order.
3  DATED this 20th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Jennifer D. Auchterlonie*
JENNIFER D. AUCHTERLONIE
ADAM F. HULBIG
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-6061
Fax: (202) 307-0054
jennifer.d.auchterlonie@usdoj.gov
adam.f.hulbig@usdoj.gov

ORDER GRANTING U.S.' MOTION TO DENY
PET. TO QUASH AND ENFORCE IRS SUMMONS
Case No. CV05-5413                         - 2 -

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-6061